## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re William Len Rainey,

No. 11-13-00131-CR

\* Original Proceeding

\* April 25, 2013

\* (Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has considered relator's pro se "original application for writ of mandamus" and concludes that the "application" should be denied. Therefore, the "original application for writ of mandamus" is denied.